Form reqobar

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Texas

Sherman (Plano)
Suite 300B
660 North Central Expressway
Plano, TX 75074

| In Re: | James Barrow Moore and Robin Moore<br>Debtor | Bankruptcy Case No.: 05−30319<br>Chapter: 7 |
|---|---|---|

### ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIMS COMBINED WITH NOTICE THEREOF

TO THE CREDITORS OF THE ABOVE−NAMED DEBTOR:

Notice having been previously given that creditors of the above−named debtor(s) were not required to file proofs of claims and it now appearing that a possible dividend may be declared for creditors at a later date, it is

ORDERED AND NOTICE IS HEREBY GIVEN THAT 4/9/19 is hereby fixed as the last date for the filing of proofs of claim by any creditor of the above−named debtor(s) who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. Creditors must file a claim, whether or not they are included in the list of creditors filed by the debtor(s), no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed in the office of the undersigned Clerk on the official form prescribed for proofs of claim ("Official Form B 410"), a copy of which can be obtained at the United States Courts Web site: https://ecf.txeb.uscourts.gov/b410.html or at any bankruptcy clerk's office.

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the filing of the final report of the trustee, applications for compensation and the proposed distributions which may include a possible dividend to creditors.

Proof of Claim Deadline for **Non−Governmental** Claimants **4/9/19**.
Proof of Claim Deadline for **Governmental** Units is **7/29/19**.

Dated: 1/29/19

                                      Jason K. McDonald, Clerk
                                      U.S. Bankruptcy Court

MAIL ORIGINAL PROOFS OF CLAIM TO:

Suite 300B
660 North Central Expressway
Plano, TX 75074

*** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE. CLAIMANTS ARE STRONGLY ENCOURAGED TO USE THE CLAIM FORM LOCATED AT https://ecf.txeb.uscourts.gov/b410.html OR AT ANY BANKRUPTCY CLERK'S OFFICE.

James Barrow Moore
Robin Moore
05−30319

```
                              United States Bankruptcy Court
                                Eastern District of Texas
In re:                                                             Case No. 05-30319-btr
James Barrow Moore                                                 Chapter 7
Robin Moore
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0540-4       User: colwilld             Page 1 of 2            Date Rcvd: Jan 29, 2019
                           Form ID: 895               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2019.
db/jdb        +James Barrow Moore,    Robin Moore,    735 CR 36400,    Arthur City, Tx 75411
tr            +Christopher Moser,    2001 Bryan Street, Suite 1800,    Dallas, TX 75201-3070
cr            +Lamar National Bank, Paris, TX,    c/o Eric S. Clifford,    5295 Clarksville St.,
                Paris, TX 75462-2632
4261220        Advanced Heart Care,    8230 Walnut Hill Ln #620,    Dallas, Texas  75231-4407
4261221        Aetna Life Insurance,    PO Box 14553,    Lexington, Ky  40512-4553
4261222       +Dermaquest skin Therapy,    1600 Delta Ct,    Hayward, Ca 94544-7043
4261224        District Director, IRS,    Special Procedures Staff,    Stop 5022H-BP,    PO Box 42837,
                Houston, TX  77242-2837
4261225       +Lamar County Apprasial Dist,    PO Box 400,    Paris, Tx 75461-0400
4261226       +Lamar Natinal Bank,    200 S Collegiate,    Paris, Tx 75460-6303
4261228       +Lamar National Bank,    200 S Collegiate,    Paris, Tx 75460-6303
4261227       +Lamar National Bank,    200 S Collegiate Dr,    Paris, Tx 75460-6303
4261230      ++++MARY JEAN MCCRARY (ESTATE),    1210 COUNTY ROAD 33900,    POWDERLY TX  75473-5006
               (address filed with court: Mary Jean McCrary (Estate),     1200 gate Two Rd,
                Powderly, Tx  75473-9755)
4261231       +Millewium Shopper,    PO Box 1037,    Sulphur Springs, Tx 75483-1037
4261232       +Mortgage Guaranty Insurance,    C/o Remington & Lewis,    6116 N Central Expressway,
                Dallas, Tx 75206-5162
4261233       #Orthopedic Associates,    PO Box 201576,    Dallas, Texas  75320-1576
4261234       +Rains County Leader,    239 N Texas St,    PO Box 127,    Emory, Texas 75440-0127
4261235        Texas Medicine Resources, LLD,    PO Box 8549,    Ft Worth, Texas  76124-0549
4261236       +Toby Crunpler MD,    170 SE 8th,    Paris, Tx 75460-5975
4261237       +United States Attorney,    Eastern District of Texas,    700 North Street, Suite 102,
                Beaumont, TX 77701-1834
4261239       +Wood County Electric,    PO Box 1827,    Quitman, Tx 75783-2827
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: FCJMOSER Jan 30 2019 06:43:00      Christopher Moser,    2001 Bryan Street, Suite 1800,
                Dallas, TX 75201-3070
4261223        EDI: AMINFOFP.COM Jan 30 2019 06:43:00      First Premier Bank,    PO Box 5147,
                Sioux Falls, Sd  57117-5147
4261238        EDI: VERIZONCOMB.COM Jan 30 2019 06:43:00      Verizon,    PO Box 33056,
                St Petersburg, Fl  33733-8056
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Christopher Moser,    2001 Bryan Street, Suite 1800,    Dallas, TX 75201-3070
4261229*      +Lamar National Bank,    200 S Collegiate,    Paris, Tx 75460-6303
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0540-4          User: colwilld          Page 2 of 2          Date Rcvd: Jan 29, 2019
                              Form ID: 895            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2019 at the address(es) listed below:

        Christopher Moser    cmoser@qslwm.com, cmoser@ecf.epiqsystems.com;kimhill@qslwm.com;cjm@trustesolutions.net
        Christopher Moser    on behalf of Trustee Christopher Moser cmoser@qslwm.com, cmoser@ecf.epiqsystems.com;kimhill@qslwm.com;cjm@trustesolutions.net
        David M. Hamilton    on behalf of Joint Debtor Robin Moore attorneyinparis@bluebonnet.net
        David M. Hamilton    on behalf of Debtor James Barrow Moore attorneyinparis@bluebonnet.net
        US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV

                                          TOTAL: 5